US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 2 9 2015
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID HARPER, D.D.S., M.S.     PLAINTIFF

V.     CASE NO. 15-2146

UNUM GROUP and THE PAUL REVERE
LIFE INSURANCE COMPANY     DEFENDANTS

### NOTICE OF REMOVAL

Come now Defendants, Unum Group and The Paul Revere Life Insurance Company, and for its removal of this action pursuant to 28 U.S.C. § 1441, et seq., state:

1. On or about July 10, 2015, a civil action was commenced against Defendants in the Circuit Court of Sebastian County, Arkansas, Civil Division – 5th, styled <u>David Harper, D.D.S., M.S. v. Unum Group and The Paul Revere Life Insurance Company</u>, Case No. CV-15-0569 (the state court lawsuit).

2. Defendants, through their agent for service, Corporation Service Company, received service of copies of the Summons and Complaint in this action on July 13, 2015. This was Defendants' first receipt of the Complaint or any other papers notifying it of the lawsuit.

3. Copies of the Summons and Complaint, together with all attachments, and Notice of Service of Summonses and Complaint and Petition for Declaratory Judgment on Unum Group and The Paul Revere Life Insurance Company, served on

Defendants are attached hereto as Exhibit A, Exhibit B, and Exhibit C respectively.

4. The pleadings and process which are referred to in the preceding paragraph constitute the only process, pleadings, orders, or other filings in the state court lawsuit.

5. Plaintiff was a resident and citizen of the State of Arkansas at all times relevant to the claims in the Complaint. Compl. at para 4.

6. Defendants are corporations incorporated in a state other than Arkansas. They have their principal place of business in a state other than Arkansas. They are citizens and residents of a state other than Arkansas.

7. Plaintiff and Defendants are residents of different states. There is complete diversity of citizenship between Plaintiff and Defendants.

8. The amount in controversy exceeds $75,000. Compl. at XI, Prayer for Relief.

9. This Court therefore has original jurisdiction pursuant to 28 U.S.C. § 1332.

10. This Court has removal jurisdiction under 28 U.S.C. § 1441(a).

11. This Notice of Removal is filed within thirty days of the service of the Complaint and Summons on Defendants. The action is therefore timely removed pursuant to 28 U.S.C. § 1446.

12. Defendants have this date given written notice of the filing of this

notice to Plaintiff as required by 28 U.S.C. § 1446(d) and to the Circuit Clerk of Sebastian County, Arkansas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action proceed in this Court on the basis of this removal, that the Court assume jurisdiction of this case through resolution, and for such other further relief as authorized at law.

> WATTS, DONOVAN & TILLEY, P.A.
> 200 RIVER MARKET AVENUE, SUITE 200
> LITTLE ROCK, AR 72201-1769
> (501) 372-1406
> (501) 372-1209 FAX
>
> By: _____
> DAVID M. DONOVAN (81184)

### CERTIFICATE OF SERVICE

I, David M. Donovan, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below this 28 day of July, 2015.

Mr. Neil R. Chamberlin
McMath Woods, P.A.
711 W. 3rd St.
Little Rock, AR 72201

_____
DAVID M. DONOVAN